## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Carter II, Michael B

Printed: 01/06/09

Case Number:  08 B 17902
Judge:  Hollis, Pamela S
Filed:  7/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Ch 7 Conversion:  January 2, 2009
Confirmed:  November 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,925.00 |  |
| Secured: |  | 2,512.26 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 220.95 |
| Trustee Fee: |  | 191.79 |
| Other Funds: |  | 0.00 |
| Totals: | 2,925.00 | 2,925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,370.00 | 220.95 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Navy Federal Credit Union | Secured | 10,066.58 | 1,236.59 |
| 4. | Navy Federal Credit Union | Secured | 10,895.39 | 1,275.67 |
| 5. | Select Portfolio Servicing | Secured | 29,590.54 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 9,675.64 | 0.00 |
| 7. | Navy Federal Credit Union | Unsecured | 528.63 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 120.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 108.46 | 0.00 |
| 10. | AT&T Wireless | Unsecured | 135.83 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 32.89 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 99.01 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 130.56 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 67.95 | 0.00 |
| 15. | Navy Federal Credit Union | Unsecured | 445.13 | 0.00 |
| 16. | Navy Federal Credit Union | Unsecured | 111.21 | 0.00 |
| 17. | Comcast | Unsecured |  | No Claim Filed |
| 18. | City Of Chicago | Unsecured |  | No Claim Filed |
| 19. | Citibank | Unsecured |  | No Claim Filed |
| 20. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 21. | Direct Tv | Unsecured |  | No Claim Filed |
|  |  |  | $ 64,377.82 | $ 2,733.21 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Carter II, Michael B

Printed: 01/06/09

Case Number:  08 B 17902

Judge:  Hollis, Pamela S

Filed:  7/11/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 6.5% | 81.30 |
| 6.6% | 110.49 |
| | $ 191.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

